# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JAY REVELS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:12 CV1903 JMB |
| ) | |
| JEFF NORMAN, ) | |
| ) | |
| Respondent, ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion for relief from judgment. The motion is denied.

Petitioner argues that the undersigned lacked jurisdiction to issue a final disposition in this case, and he demands *de novo* review of the Court's judgment by a district judge. He is mistaken. Both he and respondent expressly consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c) and Rule 73 of the Federal Rules of Civil Procedure. Doc. No. 19. As a result, the argument is meritless.

Petitioner also attempts to assert a new claim for relief. He says he was never charged in an indictment, and therefore, the state court lacked jurisdiction to convict him. Petitioner cannot, however, bring a new claim for habeas relief without first receiving permission from the Court of Appeals. *See* 28 U.S.C. § 2244(b)(3)(A); *Gonzalez v. Crosby*, 545 U.S. 524, 530 (2005) (new claims presented in Rule 60(b) motion subject to restrictions on successive petitions).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for relief from judgment [ECF No. 22] is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

Dated this   6th   day of January, 2017.

        /s/ *John M. Bodenhausen*
        JOHN M. BODENHAUSEN
        UNITED STATES MAGISTRATE JUDGE